1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel
3  DANIEL P. TALBERT
   Special Assistant United States Attorney
4       Social Security Administration
        160 Spear Street, Suite 800
5       San Francisco, CA 94105
        Telephone: (510) 970-4860
6       Facsimile: (415) 744-0134
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| SHELLY RENEE CARSON, | No. 1:20-cv-01416-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | (Doc. 15) |

The parties stipulate by counsel that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will remand to an Administrative Law Judge who will offer the claimant the opportunity for a hearing and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted June 2, 2021.

| | | | |
|---|---|---|---|
| 1 | DATED: June 2, 2021 | | */s/ Lawrence D. Rohlfing* |

DATED: June 2, 2021        */s/ Lawrence D. Rohlfing*
                           LAWRENCE D. ROHLFING
                           (as authorized by email)
                           Attorney for Plaintiff

                           PHILLIP A. TALBERT
                           Acting United States Attorney

DATED: June 2, 2021    By  *s/ Daniel P. Talbert*
                           DANIEL P. TALBERT
                           Special Assistant United States Attorney

                           Attorneys for Defendant

## **ORDER**

Based upon the parties' above Stipulation to Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g), and for Entry of Judgment in Favor of Plaintiff ("Stipulation to Remand") (Doc. 15), and for cause shown, IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Shelly Renee Carson and against Defendant Andrew Saul, Commissioner of Social Security; and (2) administratively close this file.

IT IS SO ORDERED.

Dated:   **June 3, 2021**                                /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE